IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACKELINE LOPEZ, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18-cv-05176 |
| | ) | |
| v. | ) | |
| | ) | |
| PRIMERICA LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S AMENDED CORPORATE DISCLOSURE STATEMENT
AND NOTIFICATION OF AFFILIATES**

Defendant Primerica Life Insurance Company, by and through its undersigned attorneys, and pursuant to Fed. R. Civ. P. 7.1 and N.D. Ill. LR 3.2, states as follows for its Corporate Disclosure Statement and Notification of Affiliates:

1. Primerica Life Insurance Company is a subsidiary of Primerica, Inc.

2. The Vanguard Group, Inc. and BlackRock, Inc. each own 5% or more of Primerica, Inc. stock.

Dated: August 1, 2018         Respectfully submitted,

PRIMERICA LIFE INSURANCE COMPANY

By:     s/Daniel J. Zollner

Daniel J. Zollner, dzollner@dykema.com
Jennifer A. Warner, jwarner@dykema.com
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
(312) 876-1700

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2018, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to all registered participants.

       s/Daniel J. Zollner